

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-22-00433-CR

Patrick S. **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR4217
Honorable Melisa C. Skinner, Judge Presiding

## O R D E R

Appellant has filed a motion to abate, explaining that in reviewing the reporter's record, appellant's counsel determined the reporter's record is incomplete. Additionally, on January 23, 2023, Mary Beth Sasala, the court reporter responsible for filing the reporter's record in this appeal, filed a notification of late reporter's record, stating that on January 11, 2023, she received notice that appellant was requesting the entire trial be filed (rather than only the pretrial hearings). She requests an extension to file the reporter's record, stating that she anticipates the reporter's record will be completed by March 13, 2023.

We decline to abate this appeal and therefore DENY appellant's motion to abate. However, because the appellate record is incomplete, we withdraw the due date for appellant's brief. We GRANT the court reporter an extension and ORDER her to file the reporter's record on or before March 13, 2023. Further, with regard to the clerk's record, if any item necessary to appellant's appeal is missing from the clerk's record and the supplemental clerk's records that have been filed, appellant must make a specific request for a supplemental clerk's record with the trial court clerk within ten days from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2023.



MICHAEL A. CRUZ, Clerk of Court